1684-0203-0962-2

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

RECEIVED
U.S. MARSHALS SERVICE
ROANOKE, VA

2016 FEB -3 P 2: 33

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

JUN 21 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

United States of America
v.
Charles William PERDUE

)
)
)   Case No. 7:16mj17
)
)
)
)

_____
Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Charles William PERDUE                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21USC841(a) (1) and (b) (1) (C) and 846; Did attempt to posses to distribute a measurable quanity of methamphetamine/controlled substance.

Date:   02/03/2016

City and state:   Roanoke, VA

*Issuing officer's signature*

Robert S. Ballou, USMJ
*Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* 2/3/16, and the person was arrested on *(date)* 2/4/16 at *(city and state)* Southern California. | |
| Date: 6/15/16 | *Arresting officer's signature* |
| | DEA agent *Printed name and title* |